IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENTON W. GAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-18-1151-R |
| | ) |
| UNITED STATES DEP'T | ) |
| OF VETERANS AFFAIRS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bernard M. Jones entered February 12, 2019. Doc. No. 23, wherein he recommended that Plaintiff's Complaint be dismissed for lack of subject-matter jurisdiction. No objection to the Report and Recommendation has been filed nor has Plaintiff sought an extension of time in which to object. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 14th day of March 2019.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE